No. 91–615. ALLIED-SIGNAL, INC., AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORP. *v.* DIRECTOR, DIVISION OF TAXATION. Sup. Ct. N. J. Certiorari granted.

No. 91–611. BARKER ET AL. *v.* KANSAS ET AL. Sup. Ct. Kan. Motion of Retired Officers Association for leave to file a brief as *amicus curiae* granted. Certiorari granted.

DECEMBER 2, 1991

No. 91–627. ARIZONA *v.* MULLEN. Ct. App. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Florida* v. *Bostick*, 501 U. S. 429 (1991).

No. —— – ——. RAUTENBERG ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (UNITED STATES, REAL PARTY IN INTEREST). Motion of petitioners to file a redacted petition for writ of certiorari publicly and motion to file motion under seal granted.

No. A–128. HAMPEL ET AL. *v.* AUTORIDAD DE ENERGIA ELECTRICA DE PUERTO RICO. Application for injunction, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–218 (91–792). SARGENT, WARDEN *v.* HENDERSON. C. A. 8th Cir. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–373 (91–836). UNION BANK OF SWITZERLAND *v.* UNITED STATES. Application for stay of mandate of the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.